# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARIS CORREIA, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 19-11318-FDS |
| v. ) | |
| ) | |
| WEATHERPROOFING ) | |
| TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

**SAYLOR, C. J.**

Attorney Suzanne Herold, counsel of record for the plaintiff, Paris Correia, moved on January 7, 2020, for leave to withdraw her appearance. In support of the motion, counsel stated (1) that she had not meaningfully communicated with Correia since November 2019, despite repeated efforts, (2) that there has been an irretrievable breakdown in the attorney-client relationship, and (3) that she is unable to effectively represent Correia. The motion is unopposed.

The Court will grant the motion, but will provide plaintiff with a reasonable opportunity to obtain new counsel. Accordingly, the motion to withdraw is granted, effective (1) 28 days from the date of this order (that is, on February 14, 2020), (2) upon the entry of appearance of new counsel, or (3) upon plaintiff's written notice to the court of an intent to proceed *pro se* (that is, representing himself), whichever occurs first. Plaintiff is instructed to have new counsel enter an appearance or to file a written notice of an intent to proceed *pro se* on or before February 14, 2020. If plaintiff proceeds *pro se*, he will be responsible for providing his current contact

information (including his address, telephone number, and e-mail) to the clerk, and maintaining the accuracy of that information.

If this Court has not received a notice of appearance of new counsel or plaintiff's written notice of an intent to proceed *pro se* on or before February 14, 2020, and absent further court order, this Court will issue an Order to Show Cause directing plaintiff to show cause as to why this matter should not be dismissed for failure to prosecute.

**So Ordered.**

Dated: January 17, 2020

/s/ F. Dennis Saylor, IV
F. Dennis Saylor, IV
Chief Judge, United States District Court